IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CEDRIC SEARIGHT, #291 520, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:20-CV-95-RAH |
| | ) | |
| TIFFANY MCCORD, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This lawsuit is before the court on the recommendation of the United States Magistrate Judge that the case be transferred to the United States District Court for the Southern District of Alabama under 28 U.S.C. § 1404. Doc. 2. There are no objections to the recommendation. After an independent and *de novo* review of the record, the court concludes the Magistrate Judge's recommendation should be adopted. Accordingly, it is ORDERED that:

(1) The Magistrate Judge's recommendation (Doc. 2) is adopted.

(2) This case is transferred to the United States District Court for the Southern District of Alabama under 28 U.S.C. § 1404.

The Clerk of the Court is DIRECTED to take the necessary steps to effectuate the transfer of this action.

This case is closed in this court.

DONE, this 23rd day of March, 2020.

                                               /s/ R. Austin Huffaker, Jr.
                                               R. AUSTIN HUFFAKER, JR.
                                               UNITED STATES DISTRICT JUDGE